```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
LUCIANO MENDEZ-ROJAS,                                               :
                                                                    :           11 Cr. 929 (PAE)
                                        Petitioner,                 :
                                                                    :           17 Civ. 8742 (PAE)
                -v-                                                 :
                                                                    :               ORDER
UNITED STATES OF AMERICA,                                           :
                                                                    :
                                        Respondent.                 :
                                                                    :
------------------------------------------------------------------- X
```

PAUL A. ENGELMAYER, District Judge:

On February 24, 2020, *pro se* petitioner Luciano Mendez-Rojas filed a motion to re-open this habeas corpus proceeding. Mendez-Rojas appears to argue that the Court should reconsider his habeas petition because (i) a letter he had submitted to his counsel on May 20, 2014, "was omitted out of the package submitted to the Court," Dkt. 10 at 2, and (ii) his counsel failed to appeal to the Supreme Court, *see* Dkt. 10 at 3.

The Court directs the Government to submit a brief response to Mendez-Rojas's letter by March 16, 2020.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: March 2, 2020
       New York, New York